**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814

| | | |
|---|---|---|
| *Daniel J. Broderick*<br>*Federal Defender* | (916) 498-5700  Fax: (916) 498-5710 | *Linda C. Harter*<br>*Chief Assistant Defender* |

# M E M O R A N D U M & ORDER

DATE:       June 9, 2010

TO:         Colleen Lydon, Courtroom Deputy to
            Honorable Edward J. Garcia

FROM:       Cricket Fox, Secretary to
            Linda C. Harter, Chief Assistant Federal Defender

SUBJECT:    United States v. Jordan Varner
            CR-S-08-349-EJG

---

      This Memo is to confirm defense counsel's request that the Dispositional Hearing in the above matter, presently scheduled for June 11, 2010, is to be continued one week to **Friday, June 18, 2010 at 10:00 a.m.**

      The Courtroom Clerk, Assistant United States Attorney Jason Hitt, and United States Probation Officer Scott Storey have been notified of the new date.

IT IS SO ORDERED.

Dated: June 9, 2010                     /s/ Edward J. Garcia
                                        EDWARD J. GARCIA
                                        United States District Court


/cf
cc:   Jason Hitt, AUSA
      Scott Storey, USPO