1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   COURTNEY FEIN, Bar #244785
    Designated Counsel for Service
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   (916) 498-5700

5   Attorney for Defendant
    JORDAN VARNER

6

7            IN THE UNITED STATES DISTRICT COURT

8        FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,       )   NO.   CR.S-08-349-EJG
                                    )         CR.S-11-232-EJG
11                Plaintiff,        )
                                    )   **STIPULATION   AND   ORDER;**
12       v.                         )   **CONTINUING STATUS CONFERENCE**
                                    )   **AND EXCLUDING TIME**
13  JORDAN VARNER,                  )
                                    )   Date:  July 15, 2011
14                Defendant.        )   Time:  10:00 a.m.
                                    )   Judge: Hon. Edward J. Garcia
15  _____ )

16       IT IS HEREBY STIPULATED by and between the parties hereto through their

17  respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and

18  COURTNEY FEIN, attorney for JORDAN VARNER, that the status conference hearing date

19  of June 24, 2011 be vacated, and the matter be set for status conference on July 15, 2011 at

20  10:00 a.m.

21       The reason for this continuance is to allow defense counsel additional time to review

22  the discovery, consult with her client, examine possible defenses, and continue investigating

23  the facts of the case.  Based upon the foregoing, the parties agree that the time under the

24  Speedy Trial Act should be excluded from the date of signing of this order through and

25  including July 15, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time

26  to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

27

28

1   DATED:  June 22, 2011.                    Respectfully submitted,

2                                             DANIEL J. BRODERICK
                                              Federal Public Defender
3
                                              /s/ Courtney Fein
4                                             COURTNEY FEIN
                                              Assistant Federal Defender
5                                             Designated Counsel for Service
                                              Attorney for JORDAN VARNER
6

7   DATED:  June 22, 2011.                    BENJAMIN WAGNER
                                              United States Attorney
8
                                              /s/ Jason Hitt
9                                             JASON HITT
                                              Assistant U.S. Attorney
10                                            Attorney for Plaintiff

11                              ORDER

12        UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the

13  June 24, 2011,  status conference hearing be continued to July 15, 2011, at 10:00 a.m.  Based

14  on the representation of defense counsel and good cause appearing therefrom, the Court

15  hereby finds that the failure to grant a continuance in this case would deny defense counsel

16  reasonable time necessary for effective preparation, taking into account the exercise of due

17  diligence.  The Court finds that the ends of justice to be served by granting a continuance

18  outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that

19  time up to and including the July 15, 2011 status conference shall be excluded from

20  computation of time within which the trial of this matter must be commenced under the

21  Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to

22  allow defense counsel reasonable time to prepare.

23

24

25  Dated:    June 21, 2011                    /s/ Edward J. Garcia
                                              EDWARD J. GARCIA
26                                            United States District Judge

27

28

                                  2