1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   COURTNEY FEIN, Bar #244785
    Designated Counsel for Service
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   (916) 498-5700

5   Attorney for Defendant
    JORDAN VARNER

6

7               IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,      )   NO.   CR.S-08-349-EJG
                                   )         CR.S-11-232-EJG
11               Plaintiff,        )
                                   )   **AMENDED   STIPULATION   AND**
12       v.                        )   **ORDER;   CONTINUING   STATUS**
                                   )   **CONFERENCE   AND   DISPOSITION**
13  JORDAN VARNER,                 )   **HEARING AND EXCLUDING TIME**
                                   )
14               Defendant.        )   Date:   September 9, 2011
                                   )   Time:  10:00 a.m.
15  _____)   Judge: Hon. Edward J. Garcia

16

17      IT IS HEREBY STIPULATED by and between the parties hereto through their

18  respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and

19  COURTNEY FEIN, attorney for JORDAN VARNER, that the status conference hearing date

20  and disposition hearing date of July 15, 2011 be vacated, and the matter be set for status

    conference and disposition hearing on September 9, 2011 at 10:00 a.m.

21      The reason for this continuance is to allow defense counsel additional time to review

22  the discovery, consult with her client, examine possible defenses, and continue investigating

23  the facts of the case as well as settlement discussions between the parties regarding both the

24  new indictment and the supervised release violation.  Based upon the foregoing, the parties

25  agree that the time under the Speedy Trial Act should be excluded from the date of signing

26  of this order through and including September 9, 2011 pursuant to 18 U.S.C. §3161

27  (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity

28

of counsel and defense preparation.


DATED:  July 12, 2011.                    Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Public Defender

                                          /s/ Courtney Fein
                                          COURTNEY FEIN
                                          Assistant Federal Defender
                                          Designated Counsel for Service
                                          Attorney for JORDAN VARNER


DATED:  July 12, 2011.                    BENJAMIN WAGNER
                                          United States Attorney

                                          /s/ Jason Hitt
                                          JASON HITT
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

                              ORDER

        UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the July 15, 2011,  status conference hearing be continued to September 9, 2011, at 10:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.   The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the September 9, 2011 status conference and disposition hearing shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.


Dated:    July 11, 2011                   /s/ Edward J. Garcia
                                          EDWARD J. GARCIA
                                          United States District Judge