DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-5700

Attorney for Defendant
JORDAN VARNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br>JORDAN VARNER,<br><br>  Defendant.<br>_____ | NO. CR.S-08-349-EJG<br>     CR.S-11-232-EJG<br><br>**STIPULATION AND ORDER; CONTINUING STATUS CONFERENCE AND DISPOSITION HEARING AND EXCLUDING TIME**<br><br>Date: April 6, 2012<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for JORDAN VARNER, that the status conference hearing date and disposition hearing date of March 23, 2012, be vacated, and the matter be set for status conference and disposition hearing on April 6, 2012, at 10:00 a.m.

The reason for this continuance is because the Court requested further clarification regarding the plea agreement at the last court appearance on March 9, 2012. The parties require additional time to meet and confer to modify the plea agreement and resubmit an updated plea agreement for the Court's review.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including April 6, 2012,

pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: March 22, 2012                     Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Public Defender

                                          /s/ Courtney Fein
                                          COURTNEY FEIN
                                          Assistant Federal Defender
                                          Designated Counsel for Service
                                          Attorney for JORDAN VARNER

DATED: March 22, 2012.                    BENJAMIN WAGNER
                                          United States Attorney

                                          /s/ Jason Hitt
                                          JASON HITT
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the March 23, 2012, status conference hearing be continued to April 6, 2012, at 10:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the April 6, 2012, status conference and disposition hearing shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   March 21, 2012                   /s/ Edward J. Garcia
                                          _____
                                          EDWARD J. GARCIA
                                          United States District Judge