UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JORDAN VARNER,<br><br>       Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>       Respondent. | No. 2:08cr-349-01<br><br><br><br>**ORDER** |

----oo0oo----

       Petitioner Jordan Varner's Motion to Alter or Amend Judgment (Document 69) is hereby DENIED.

Dated:   January 17, 2014

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1