UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>JORDAN VARNER,<br><br>             Defendant. | Cr. No. 2:08-349<br><br>**Court of Appeals No 14-15310**<br><br>**ORDER** |

----oo0oo----

Pursuant to the Order of Appellate Commissioner Peter L. Shaw, filed December 5, 2014, IT IS HEREBY ORDERED that within 14 days from the date this Order is signed, defendant Jordan Varner shall file and serve a written request that the time for filing Notice of Appeal from this court's Order of January 17, 2014 (Docket No. 70) be extended for a period not to exceed 30 days from the expiration of the time prescribed by Rule 4(b) upon the grounds of excusable neglect or good cause.  See Fed.R.App.P.4(b)(4).

IT IS FURTHER ORDERED that the Clerk of this court

1

serve a copy of this Order upon the defendant at the following address: 4601 39th Avenue, Sacramento, CA 95824.

Dated:  December 5, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE