UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JORDAN VARNER,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | No. 2:08cr-349-01<br><br>**Court of Appeals No. 14-15310**<br><br>**ORDER** |

----oo0oo----

Pursuant to the Order of Appellate Commissioner Peter L. Shaw, filed December 5, 2014, this court by written Order filed December 5, 2014 gave defendant Jordan Varner 14 days to file and serve a written request that the time for filing Notice of Appeal from this court's Order of January 17, 2014 be extended for a period of time not to exceed 30 days from the expiration of the time prescribed by Rule 4(b) upon the grounds of excusable neglect or good cause.  The Clerk was ordered to serve a copy of that Order upon defendant at the address provided in the Appellate Commissioner's Order.  The time for filing such a

1 | request has now expired and defendant has filed no written
2 | request.
3 |             IT IS THEREFORE ORDERED that the time for filing Notice
4 | of Appeal from this court's Order of January 17, 2014 is NOT
5 | EXTENDED.  The Clerk of this court is ordered to send a copy of
6 | this Order to the Clerk of the United States Court of Appeals for
7 | the Ninth Circuit.
8 | Dated:  January 7, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2